```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PAUL HALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 23-1381 |

<u>ORDER</u>

AND NOW, this 26th day of August, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The motion of defendants City of Philadelphia, Shariff Abdus-Salaam, and Mike Finnen to strike plaintiff's sham affidavit (Doc. # 29) is GRANTED;

(2)  The motion of defendants City of Philadelphia, Abdus-Salaam, and Finnen to strike plaintiff's testimony that is a result of leading questioning is GRANTED; and

(3)  The motion of defendants City of Philadelphia, Abdus-Salaam, and Finnen for summary judgment (Doc. # 19) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                           J.